```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


AMERICAN INSTITUTE FOR        :
HISTORY EDUCATION, LLC        :
                              :Civil Action No. 10-2607 (RMB/KMW)
          Plaintiff,          :
                              :
          v.                  :     **ORDER**
                              :
E-LEARNING SYSTEMS            :
INTERNATIONAL LLC,            :
et al,                        :
                              :
          Defendants.         :
```

FOR THE REASONS expressed in the Opinion filed herewith,

IT IS on this **16th** day of **November 2010**, **ORDERED** that Defendants' Motion to Transfer is **GRANTED**; and

IT IS FURTHER **ORDERED** that Defendants' remaining motions are **DISMISSED AS MOOT.**

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge
